THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| § | |
| JOSE G. REYES § | CASE NO. 10-41925-R |
| XXX-XX-2318 § | |
| 7209 KNIGHT DRIVE § | CHAPTER 13 |
| THE COLONY, TX 75056 § | |
| § | |
| MARIA E. ESPINOZA § | |
| XXX-XX-3798 § | |
| § | |
| DEBTORS § | |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | JOSE G. REYES and MARIA E. ESPINOZA | $3,750.00 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $3,750.00 is attached to this Notice.

Dated: 6/23/11

_____
Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

JOSE G. REYES
MARIA E. ESPINOZA
7209 KNIGHT DRIVE
THE COLONY, TX  75056

BARRON & BARRON, LLP
P. O. BOX 1347
NEDERLAND, TX  77627-1347

Dated: 6/23/11

Office of the Standing Chapter 13 Trustee

PLA_Notice_DepositFundsDebtor